**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Wrenkard SINCLAIR, Defendant–Appellant.**

No. 05–40544.

United States Court of Appeals, Fifth Circuit.

Decided March 13, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and DeMOSS, Circuit Judges.

PER CURIAM: *

After review of the briefs and record in this case we are convinced that the confession at issue is admissible in the light of *Oregon v. Elstad*, 470 U.S. 298, 105 S.Ct. 1285, 84 L.Ed.2d 222 (1985), and *Missouri v. Seibert*, 542 U.S. 600, 124 S.Ct. 2601, 159 L.Ed.2d 643 (2004), the ultimate holding of which we find in Justice Kennedy's concurrence.

---

\* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The judgment of the district court is thus

AFFIRMED.